No. 858. Joseph P. Margolin *v.* United States.
March 2, 1925.  Petition for a writ of certiorari to the

Circuit Court of Appeals for the Second Circuit granted. *Mr. Benjamin S. Kirsh* and *Miss Susan Brandeis* for petitioner. *The Attorney General* for the United States.